WILLIAM M. HOES, Public Administrator, as Administrator, etc., of ALEXANDER HUME, Deceased, Appellant, *v.* THOMAS HUME, Respondent.

*Hoes* v. *Hume,* 5 App. Div. 620, affirmed.
(Argued June 24, 1897 ; decided October 5, 1897.)

APPEAL from an order and judgment of the Appellate Division of the Supreme Court in the first judicial department, entered respectively May 12 and May 14, 1896, which affirmed a judgment in favor of defendant entered upon a decision of the court dismissing the complaint on trial at Circuit, and also affirmed an order denying a motion for a new trial.

*J. W. Boothby* for appellant.

*Robert E. Deyo* for respondent.

Order and judgment affirmed, with costs ; no opinion.
All concur, except GRAY, J., absent.